UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ROBERT THOMAS KEZEK, SR. and | : | CHAPTER 13 |
| | TRACEY LYNN KEZEK | : | |
| | Debtor(s) | : | |
| | | : | |
| | CHARLES J. DEHART, III | : | |
| | STANDING CHAPTER 13 TRUSTEE | : | |
| | Movant | : | |
| | | : | |
| | vs. | : | |
| | | : | |
| | ROBERT THOMAS KEZEK, SR. and | : | |
| | TRACEY LYNN KEZEK | : | |
| | Respondent(s) | : | CASE NO.   5-18-bk-0 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this   29th   day of October, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.   More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

a.   Actual taxes incurred with tax refund adjustment – Line 16.
b.   Plan payment calculation sum of Lines 34, 35, 36 45.

2.   Debtor(s) have failed to file a Chapter 13 Means Test (Form 122C) as required.

3.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

a.   Paystub for month ending November 30, 2018.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a.  Deny confirmation of debtor(s) plan.
b.  Dismiss or convert debtor(s) case.
c.  Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this   1st   day of November, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick Best, Esquire
18 N. 8th Street
Stroudsburg, PA   18360

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee